IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JAMES LAUGHTON,**

**Defendant.** No. 11-30034-DRH

## ORDER

**HERNDON, Chief Judge**:

Pending before the Court is the government's motion to dismiss indictment (Doc. 41). Based on the reasons stated in the motion, the Court **GRANTS** the motion. Pursuant to Federal Rule of Criminal Procedure 48(a), the Court **DISMISSES with prejduce** the indictment in this matter.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2011.

Digitally signed by David R. Herndon
Date: 2011.09.22 15:17:37 -05'00'

**Chief Judge**
**United States District Court**